IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHICAGO TITLE INS. CO., <br> Plaintiff | : <br> : <br> : |
| v. | :    CIVIL NO. AMD 00-3281 <br> : |
| EILEEN P. DUNKLE, et al., <br> Defendants | : <br> : |

...oOo...

## MEMORANDUM

The plaintiff, a title company, filed this diversity declaratory judgment action to seek resolution of a dispute with its insureds, owners of a parcel of real estate in Anne Arundel County. Although coverage under the title insurance policy is only $28,000, plaintiff alleges that the $75,000 amount in controversy requirement may be satisfied by the mere existence of a demand for relief under the policy from the insureds. This seems plainly to be wrong as a matter of law. *Cf. Kessler v. Home Life Ins. Co.*, 965 F.Supp. 11 (D.Md. 1997). In any event, in their motion to dismiss for lack of subject matter jurisdiction (which has not been opposed by plaintiff), defendants make a binding admission that the amount in controversy under the policy is $28,000. The motion to dismiss shall be granted. An order follows.

Filed: February 6, 2001

_____
ANDRÉ M. DAVIS
United States District Judge