IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB 0 8 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

| | | |
|---|---|---|
| CHICAGO TITLE INS. CO., | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 00-3281 |
| | : | |
| EILEEN P. DUNKLE, et al., | : | |
|     Defendants | : | |

...o0o...

ORDER

In accordance with the foregoing Memorandum, it is this 6th day of February, 2001,

by the United States District Court for the District of Maryland, ORDERED

(1)    That Defendants' motion to dismiss is GRANTED AND THIS CASE IS

DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER

JURISDICTION; and it is further ORDERED

(2)    That the Clerk CLOSE this case and TRANSMIT copies of this Order and the

foregoing Memorandum to the attorneys of record.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

